# IN THE SUPREME COURT OF THE STATE OF NEVADA

IKEMEFULA CHARLES IBEABUCHI,
Appellant,
vs.
BOXING MANAGEMENT, INC.; AND
CEDRIC KLISHNER PROMOTIONS,
LTD.,
Respondents.

No. 62801

**FILED**

JAN 2 1 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported order of the district court "to enlarge for service, (NRCP 4) "Scrimmer Factor." Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Our review of this appeal reveals a jurisdictional defect. No such order appears on the district court's docket. Moreover, no statute or court rule authorizes an appeal from such an order. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). We therefore lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

[1]In light of this disposition, the motion to clarify filed March 22, 2013, and request for judgment filed July 22, 2014, are denied as moot.

16-02058

cc: Hon. Carolyn Ellsworth, District Judge
Ikemefula Charles Ibeabuchi
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A